UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00290

| | |
|---|---|
| MARK R. HERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COOK OUT HUNTERSVILLE, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon Defendant's Consent Motion for Relief from Entry of Default pursuant to Fed. R. Civ. P. 60(b)(6). (Doc. 10) Finding that there is good cause for the Motion and that the relief requested is just and appropriate, the Court ORDERS as follows:

(1) The Motion is GRANTED;

(2) The Entry of Default (Doc. 8) is hereby rescinded; and

(2) Defendant shall file a responsive pleading to Plaintiff's Complaint within ten (10) days of the entry of this Order.

IT IS SO ORDERED.

Signed: November 2, 2016

Graham C. Mullen
United States District Judge