# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-290-GCM

| | |
|---|---|
| **MARK R. HERMAN,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **COOK OUT HUNTERSVILLE, INC.,** ) | |
|     **Defendant.** ) | |

    THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **March 12, 2018** in Courtroom #2-2.

    IT IS SO ORDERED.

Signed: December 12, 2017

Graham C. Mullen
United States District Judge